AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| JONATHAN A. VANLOAN<br><br>――――――――――――――――――<br>*Plaintiff(s)*<br>v.<br><br>~~RYAN THOMPSON~~<br>The Nation of Islam, et.at.<br>(See continuation sheet)<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. CV20-00127  GW (MRW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ryan Thompson
c/o Culver City City Clerk
9770 Culver Blvd.
Culver City, CA 90232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan VanLoan, Pro-Se
11578 Amboy Avenue
San Fernando, CA 91340

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2-6-20

_____
*Signature of Clerk or Deputy Clerk*

1149

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

## JONATHAN VANLOAN V. THE NATION OF ISLAM, ET AL.
### NO.: CV20-00127

## SUMMONS DEFENDANTS CONTINUATION SHEET

The Nation of Islam, Louis Farrakhan, Tony Muhammad, The City of Torrance, CA, Eve Irvine, Tyrone Gribben, Brian McGee, Patrick Sullivan, Patrick Furey, George Chen, Tim Goodrich, Mike Griffiths, Milton Herring, Aurelio Mattucci, Geoff Rizzo, Providence Health & Services, Rodney F. Hochman, Garry Olney, Richard Glimp, The City of Culver City, CA, Thomas Small, Meghan Sahli-Wells, Goran Erikkson, Scott Bixby, Ryan Thompson, Michael VanHook, Steven Armenta, James Gladden, Sean Fowler, Michael Klepin, Mir Nawaz Karim, Jason Driver, Southern California Hospital, Prospect Medical Holdings, Inc., Samuel Lee, Leonard Green & Partners, Lisa Kahn, Marat Shpolyansky, The City of Santa Monica, CA, Kenneth Semko, Gleam Davis, Terry O'Day, Tony Vazquez, Kevin McKeown, Sue Himmelrich, Ted Winterer, American Youth Hostels, Inc., Hostelling International, Kimberly Turner, Michael Tolwin, Providence Little Company of Mary Medical Center Torrance, Prospect Medical Group, Tolwin Psychiatric Medical Group, Inc., Jonathan Reitman, M.D., & Steve Soboroff, in his official and individual capacities.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CV20-00127

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: