# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN VANLOAN,<br><br>    Plaintiff,<br><br>    v.<br><br>THE NATION OF ISLAM, et al.,<br><br>    Defendants. | Case No. CV 20-127 GW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1      IT IS ORDERED that Judgment be entered dismissing this action
2  without leave to amend.

4  DATE: March 4, 2021            */s/ George H. Wu*
5                                             HON. GEORGE H. WU
6                                             UNITED STATES DISTRICT JUDGE