# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN VANLOAN,<br><br>    Plaintiff,<br><br>v.<br><br>THE NATION OF ISLAM, et al.,<br><br>    Defendants. | Case No. CV 20-127 GW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that judgment be entered dismissing this action without leave to amend.

DATE: March 4, 2021

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE